B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Nevada | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Blixseth, Timothy L. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>Tim Blixseth |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>2196 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1605 73rd Ave., NE<br>Medina, WA 98039-2330<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Las Vegas, Nevada<br>ZIP CODE **89134** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>1605 73rd Ave., NE<br>Medina, WA 98039-2330<br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7      ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☑ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | RECEIVED AND<br>APR 5 12:45 PM '11<br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |

B 5 (Official Form 5) (12/07) – Page 2                                    Name of Debtor  Blixseth, Timothy L.

                                                                          Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Dan R Bucks | x /s/ signature    3/31/11 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                    Date |
| Montana Department Of Revenue    3/30/2011 | Brown McCarroll, L.P. |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
|  | 111 Congress Avenue, #1400, Austin, TX 78701 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Dan Bucks, Director<br>125 North Roberts,<br>Helena, Mt 59601 | Address<br>(512) 479-9758<br>Telephone No. |

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| Idaho State Tax Commission | Idaho Attorney General's Office |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
|  | 700 W. Jefferson St., #210, Boise, ID 83720-0010 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Brian Nicholas, Dep. AG<br>P.O. Box 36<br>Boise, ID 83722-2210 | Address<br>(208) 334-7542<br>Telephone No. |

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| California Franchise Tax Board | Brown McCarroll, L.P. |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
|  | 111 Congress Avenue, #1400, Austin, TX 78701 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Todd M. Bailey, Counsel<br>PO Box 1720, MS:A-260<br>Rancho Cordova, CA 97 | Address<br>(512) 479-9758<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Montana Department Of Revenue | Tax Claim | 219,258.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Idaho State Tax Commission | Tax Claim | 1,117,914.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| California Franchise Tax Board | Tax Claim | 986,957.95 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 2,324,129.95 |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) -- Page 2

Name of Debtor  Blixseth, Timothy L.

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Montana Department Of Revenue | x_____  3/31/11<br>Signature of Attorney                    Date<br>Brown McCarroll, L.P. |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any)<br>111 Congress Avenue, #1400, Austin, TX 78701 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Dan Bucks, Director<br>125 North Roberts,<br>Helena, Mt 59601 | Address<br>(512) 479-9758<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Idaho State Tax Commission | x_____<br>Signature of Attorney                    Date<br>Idaho Attorney General's Office |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any)<br>700 W. Jefferson St., #210, Boise, ID 83720-0010 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Brian Nicholas, Dep. AG<br>P.O. Box 36<br>Boise, ID 83722-2210 | Address<br>(208) 334-7542<br>Telephone No. |
| x  Todd N. Bailey, Tax Counsel<br>Signature of Petitioner or Representative (State title)<br>California Franchise Tax Board | x_____  3/31/11<br>Signature of Attorney                    Date<br>Brown McCarroll, L.P. |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any)<br>111 Congress Avenue, #1400, Austin, TX 78701 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Todd M. Bailey, Counsel<br>PO Box 1720, MS-A-260<br>Rancho Cordova, CA 95741-1720 | Address<br>(512) 479-9758<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Montana Department Of Revenue | Tax Claim | 219,258.00 |
| Idaho State Tax Commission | Tax Claim | 1,117,914.00 |
| California Franchise Tax Board | Tax Claim | 986,957.95 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 2,324,129.95 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Blixseth, Timothy L.

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative (State title)
Montana Department Of Revenue
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Dan Bucks, Director
125 North Roberts,
Helena, Mt 59601

x _____  3/31/11
Signature of Attorney                 Date
Brown McCarroll, L.P.
Name of Attorney Firm (If any)
111 Congress Avenue, #1400, Austin, TX 78701
Address
(512) 479-9758
Telephone No.

x _____  4/01/11
Signature of Petitioner or Representative (State title)
Idaho State Tax Commission
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Brian Nicholas, Dep. AG
P.O. Box 36
Boise, ID 83722-2210

x _____  4/01/11
Signature of Attorney                 Date
Idaho Attorney General's Office
Name of Attorney Firm (If any)
700 W. Jefferson St., #210, Boise, ID 83720-0010
Address
(208) 334-7542
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
California Franchise Tax Board
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Todd M. Bailey, Counsel
PO Box 1720, MS:A-260
Rancho Cordova, CA
95741-1720

x _____  3/31/11
Signature of Attorney                 Date
Brown McCarroll, L.P.
Name of Attorney Firm (If any)
111 Congress Avenue, #1400, Austin, TX 78701
Address
(512) 479-9758
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Montana Department Of Revenue | Tax Claim | 219,258.00 |
| Idaho State Tax Commission | Tax Claim | 1,117,914.00 |
| California Franchise Tax Board | Tax Claim | 986,957.95 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 2,324,129.95 |

_____ continuation sheets attached