**Entered on Docket
May 27, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com

CHARLES D. AXELROD, ESQ.
California Bar No. 39507
**FOX ROTHSCHILD LLP**
1800 Century Park East
Suite 300
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

*Counsel for Timothy L. Blixseth*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-S-11-15010-BAM |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>Alleged Debtor. | Chapter 7 (Involuntary)<br><br>**SCHEDULING ORDER AND CONTINUED HEARING DATE**<br><br>Hearing Date: September 1, 2011<br>Hearing Time: 9:30 a.m. |

A. On May 18, 2011, this Court held its continued hearing regarding its Order to Show Cause Why Venue in This District is Proper and Why Transfer of Case is not Appropriate (the "OSC") [Docket No. 7], with appearances as noted on the record.

B. Pursuant to the Court's rulings placed upon the record at that hearing, Timothy L. Blixseth, ("Mr. Blixseth"), shall cause a copy of this Scheduling Order to be served within three (3) business days of its entry, by prepaid first class mail, on (a) Counsel for Montana Department of Revenue: Lionel Sawyer & Collins, 300 South Fourth St., #1700, Las Vegas, Nevada 89101, Attn: Rodney Jean, Esq.; (b) Counsel for Marc S. Kirschner, as Trustee of the Yellowstone Club Liquidating Trust: Holland & Hart, 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, NV 89169, Attn: Lars Evensen, Esq.; (c) Counsel for Creditors, Yoav Rubenstein, David M. Stanton, Edgar A. Rainin, Robert Ching, James T. Dolan, Thomas W. Hook, Angus A. MacNaughton, and Gary di Silvestri: Shea & Carlyon, Ltd., 701 Bridger Avenue, Suite 850, Las Vegas, NV 89101, Attn: Candace Carlyon, Esq.; and (d) all parties who have filed a notice of appearance or a request for pleadings in above-captioned case, pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

C. A two-day hearing has been scheduled to begin September 1, 2011, at 9:30 a.m. in Courtroom 3 in the Foley Federal Building, Third Floor, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, to consider Mr. Blixseth's renewed motions for sanctions and for judgment under Bankruptcy Code section 303(i).

D. Additionally, (i) the deadline to propound written discovery requests shall be June 1, 2011; (ii) any renewed motion for sanctions and for judgment shall be filed by Mr. Blixseth by June 1, 2011; (iii) the deadline for responding to discovery requests is June 22, 2011; (iv) depositions are to be taken commencing June 27, 2011, and concluding July 25, 2011; (v) expert disclosure reports shall be due by July 15, 2011; (vi) expert depositions are to be taken commencing July 18, 2011, and concluding July 25, 2011; (vii) July 8, 2011 at 1:30 p.m. has been reserved on the court's calendar for a status hearing to resolve any potential discovery disputes; (viii) in the event the parties agree that a deposition[1]

---

[1] The scope of any deposition taken by MDOR of Mr. Blixseth is limited to subject matter pertaining to financial injury and damages he suffered as a result of MDOR's involuntary petition filed against him. Mr. Blixseth reserves all rights to object to potential discovery that exceeds the
(footnote continued)

VG1 86576v1 05/25/11              2

of Mr. Blixseth is necessary and appropriate as to certain subjects; or in the event the court orders such a deposition, Mr. Blixseth agrees to make himself available in Seattle, Washington on July 25, 2011; (ix) Mr. Blixseth's brief in support of his renewed motion for sanctions and for judgment pursuant to Bankruptcy Code section 303(i) shall be filed by August 2, 2011; (x) MDOR's opposition to Mr. Blixseth's renewed motion for sanctions shall be due by August 16, 2011; (xi) Mr. Blixseth's reply to MDOR's opposition is due August 23, 2011; and (xii) the date agreed upon for the exchange of exhibits shall be due by August 29, 2011.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The deadline to propound written discovery requests shall be June 1, 2011.

2. Any renewed motion for sanctions and judgment pursuant to Bankruptcy Code section 303(i) shall be filed electronically with the Bankruptcy Court and served on the Notice Parties (with a courtesy copy delivered directly to the Chambers of the Honorable Bruce A. Markell) so as to be received no later than June 1, 2011.

3. The deadline for responding to discovery requests is June 22, 2011.

4. Depositions are to be taken commencing June 27, 2011, and concluding July 25, 2011.

5. Expert disclosure reports shall be due by July 15, 2011.

6. Expert depositions are to be taken commencing July 18, 2011, and concluding July 25, 2011.

7. July 8, 2011 at 1:30 p.m. has been reserved on the court's calendar for a status hearing to resolve any potential discovery disputes.

8. In the event the parties agree that a deposition[2] of Mr. Blixseth is necessary and appropriate as to certain subjects; or in the event the court orders such a deposition, Mr. Blixseth agrees to make himself available in Seattle, Washington on July 25, 2011.

---

scope of the renewed motion for sanctions and for judgment pursuant to Bankruptcy Code section 303(i).

[2] Pursuant to footnote (1) above.

9.     Mr. Blixseth's brief in support of his renewed motion for sanctions and for judgment pursuant to Bankruptcy Code section 303(i) and shall be filed electronically with the Bankruptcy Court and served on the Notice Parties (with a courtesy copy delivered directly to the Chambers of the Honorable Bruce A. Markell) so as to be received no later than August 2, 2011.

10.    MDOR's opposition to Mr. Blixseth's renewed motion for sanctions shall be filed electronically with the Bankruptcy Court and served on the Notice Parties and Mr. Blixseth's counsel: Fox Rothschild, LLP, 3800 Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169, Attn: Brett A. Axelrod, Esq. (with a courtesy copy delivered directly to the Chambers of the Honorable Bruce A. Markell) so as to be received no later than August 16, 2011.

11.    Mr. Blixseth's reply to MDOR's opposition shall be filed electronically with the Bankruptcy Court and served on the Notice Parties (with a courtesy copy delivered directly to the Chambers of the Honorable Bruce A. Markell) so as to be received no later than August 23, 2011.

12.    The date agreed upon for the exchange of exhibits shall by August 29, 2011.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By    *s/ Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    3800 Howard Hughes Parkway
    Suite 500
    Las Vegas, Nevada  89169

    CHARLES D. AXELROD, ESQ.
    California Bar No. 39507
    **FOX ROTHSCHILD LLP**
    1800 Century Park East
    Suite 300
    Los Angeles, California 90067

*Counsel for Timothy L. Blixseth*

///

///

///

///

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

VG1 86576v1 05/25/11                    4

| | |
|---|---|
| APPROVED/DISAPPROVED: | **APPROVED**/~~DISAPPROVED~~: |
| **LIONEL SAWYER & COLLINS** | **HOLLAND & HART** |
| By _____ | By   */s/ Lars Evensen* |
| RODNEY JEAN, ESQ.<br>300 South 4th Street<br>Suite 1700<br>Las Vegas, Nevada 89102 | LARS EVENSEN, ESQ.<br>3800 Howard Hughes Parkway<br>Suite 1000<br>Las Vegas, Nevada 89102 |
| *Counsel for Montana Department of Revenue* | *Counsel for Marc S. Kirschner, as Trustee of the Yellowstone Club Liquidating Trust* |

**APPROVED**/~~DISAPPROVED~~:

**SHEA & CARLYON**

By   */s/ Candace Carlyon*
       CANDACE C. CARLYON, ESQ.
       701 Bridger Avenue
       Suite 850
       Las Vegas, Nevada 89102

*Counsel for Creditors, Yoav Rubenstein, David M. Stanton, Edgar A. Rainin, Robert Ching, James T. Dolan, Thomas W. Hook, Angus A. MacNaughton, and Gary di Silvestri*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

*VG1 86576v1 05/25/11*                5

| | |
|---|---|
| 1 | **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021** |
| 2 | In accordance with Local Rule 9021, counsel submitting this document certifies that the |
| 3 | order accurately reflects the court's ruling and that: |

☐     The Court has waived the requirement set forth in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| RODNEY JEAN, ESQ, COUNSEL FOR MONTANA DEPARTMENT OF REVENUE | Failed to Respond |
| LARS EVENSEN, ESQ. COUNSEL FOR MARC S. KIRSCHNER, AS TRUSTEE OF THE YELLOWSTONE CLUB LIQUIDATING TRUST | Approved |
| CANDACE CARLYON, ESQ. COUNSEL FOR CREDITORS, YOAV RUBINSTEIN, DAVID M. STANTON, EDGAR A. RAININ, ROBERT CHING, JAMES T. DOLAN, THOMAS W. HOOK, ANGUS A. MACNAUGHTON, AND GARY DI SILVESTRI | Approved |

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

*VG1 86576v1 05/25/11*

6