BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com

CHARLES D. AXELROD, ESQ.
California Bar No. 39507
**FOX ROTHSCHILD LLP**
1800 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828
Email: caxelrod@foxrothschild.com

*Counsel for Timothy L. Blixseth*

Electronically filed on June 2, 2011

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>TIMOTHY L. BLIXSETH,<br><br>Alleged Debtor. | Case No. BK-S-11-15010-BAM<br><br>Chapter 7 (Involuntary)<br><br>**CERTIFICATE OF SERVICE OF TIMOTHY L. BLIXSETH'S RESPONSE TO MDOR'S OBJECTION TO SCHEDULING ORDER** |

I HEREBY CERTIFY that on the 1st day of June 2011, a true and correct copy of Timothy L. Blixseth's Response to MDOR's Objection to Scheduling Order [Docket No. 137], was served via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date noted above and served through the Notice of Electronic Filing automatically generated by the Court to the following parties:

VG1 87902v1 06/02/11                                                         1

1  CANDACE C CARLYON on behalf of Creditor Angus MacNaughton
   wapplegate@sheacarlyon.com, ccarlyon@sheacarlyon.com;
2  bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com;
   jshea@sheacarlyon.com;bjohansson@sheacarlyon.com;
3  mmetoyer@sheacarlyon.com;kculross@sheacarlyon.com

4  LARS EVENSEN on behalf of Trustee Marc Kirschner
   lkevensen@hollandhart.com, ckelly@hollandhart.com;
5  ecftevensen_bk@hollandhart.com;glpacheco@hollandhart.com

6  RODNEY M. JEAN on behalf of Petitioning Creditor CALIFORNIA
7  FRANCHISE TAX BOARD RJEAN@LIONELSAWYER.COM,
   gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com
8

9  U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

```
                              /s/LaTonyia Dupree
                         an employee of Fox Rothschild, LLP
```

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

*VG1 87902v1 06/02/11*                    2