JENNY L DOLING (NV #7322)
SUMMER M. SHAW (*Pro Hac Vice*)
**DOLING SHAW & HANOVER, APC**
36915 Cook Street, Suite 101
Palm Desert, CA 92211
Telephone: (760) 341-8837
Facsimile: (760) 341-3022
Email: jd@dshapc.com/ss@dshapc.com

*Counsel for Timothy L. Blixseth*

Electronically filed on May 18, 2017

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>TIMOTHY L. BLIXSETH,<br><br>Alleged Debtor. | Case No. BK-S-11-15010-mkn<br><br>Chapter 7 (Involuntary)<br><br>**ALLEGED DEBTOR'S EVIDENTIARY OBJECTIONS TO DECLARATAION OF KEVIN W. BARRETT IN SUPPORT OF THE YELLOWSTONE CLUB LIQUIDATING TRUST'S OBJECTION TO DEBTOR'S MOTION FOR AN ORDER TO SHOW CAUSE AND CROSS MOTION FOR SANCTIONS**<br><br>Hearing Date:   June 7, 2017<br>Hearing Time:   2:30 p.m. |

Alleged Debtor, Timothy L. Blixseth "(Mr. Blixseth") submits the following evidentiary objections to the "Declaration of Kevin W. Barrett in Support of the Yellowstone Club Liquidating Trust's Objection to Debtor's Motion For An Order to Show Cause and Cross Motion For Sanctions" signed by Declarant Kevin Barrett ("Declarant"), the attorney for the trustee of the Yellowstone Club Liquidating Trust ("YCLT"). Mr. Blixseth respectfully requests this Court sustain each evidentiary objection.

///

## EVIDENTIARY OBJECTION

1. <u>Barrett Declaration Ex. A.</u>

Complaint (without exhibits) filed in Adv. Proc. No. 09-00064 of the Yellowstone Mountain Club, LLC bankruptcy.

<u>Objections.</u>

Relevance. Fed. R. Evid. 401, 402, 403. Allegations made in a complaint in a case filed in another jurisdiction are irrelevant. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

2. <u>Barrett Declaration Ex. B.</u>

YCLT's motion for injunctive relief filed in Adv. Proc. No. 09-00064 of the Yellowstone Mountain Club, LLC bankruptcy.

<u>Objections.</u>

Relevance. Fed. R. Evid. 401, 402, 403. Irrelevant to the motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

3. <u>Barrett Declaration Ex. C.</u>

Initial stipulated injunction filed filed in Adv. Proc. No. 09-00064 of the Yellowstone Mountain Club, LLC bankruptcy.

<u>Objections.</u>

Relevance. Fed. R. Evid. 401, 402, 403. Irrelevant to the motion. Hearsay. Fed.

R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

4. <u>Barrett Declaration Ex. D.</u>

Last stipulated order filed in filed in Adv. Proc. No. 09-00064 of the Yellowstone Mountain Club, LLC bankruptcy.

<u>Objections.</u>

Relevance. Fed. R. Evid. 401, 402, 403. Irrelevant to the motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

5. <u>Barrett Declaration Ex. E.</u>

Complaint filed in Adv. Pro. No. 10-00015 of the Yellowstone Mountain Club, LLC bankruptcy.

<u>Objections.</u>

Relevance. Fed. R. Evid. 401, 402, 403. Allegations made in a Complaint filed in another jurisdiction where Alleged Debtor was not a party are irrelevant to the motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

6. <u>Barrett Declaration Ex. F.</u>

YCLT's motion for injunctive relief filed in Adv. Pro. No. 10-00015 of the Yellowstone Mountain Club, LLC bankruptcy.

<u>Objections.</u>

Relevance. Fed. R. Evid. 401, 402, 403. Allegations made in a motion filed in

another jurisdiction where Alleged Debtor was not a party are irrelevant to the motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

7. <u>Barrett Declaration Ex. G.</u>

Copy of order for injunctive relief filed in Adv. Pro. No. 10-00015 of the Yellowstone Mountain Club, LLC bankruptcy.

<u>Objections.</u>

Relevance. Fed. R. Evid. 401, 402, 403. An order from another jurisdiction in a case where Alleged Debtor was not a party is irrelevant to the motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

8. <u>Barrett Declaration Ex. H.</u>

Copy of YCLT's motion for an order to show cause filed Case No. 2:13-cv-00068.

<u>Objections.</u>

Relevance. Fed. R. Evid. 401, 402, 403. A motion filed in another jurisdiction is irrelevant to this motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

9. <u>Barrett Declaration Ex. I.</u>

Copy of Alleged Debtor's Declaration filed in response to YCLT's motion for an order to show cause filed Case No. 2:13-cv-00068.

<u>Objections.</u>

Relevance. Fed. R. Evid. 401, 402, 403. Irrelevant to this motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly

being offered for the truth of what they assert.

10. Barrett Declaration Ex. J.

Copy of Order of Contempt filed Case No. 2:13-cv-00068.

Objections.

Relevance. Fed. R. Evid. 401, 402, 403. Irrelevant to this motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

11. Barrett Declaration Ex. K.

Copy of Declaration of Patrick Ratte (with excerpts from Exhibit 1) filed Case No. 2:13-cv-00068.

Objections.

Relevance. Fed. R. Evid. 401, 402, 403. Irrelevant to this motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

12. Barrett Declaration Ex. L.

Copy of YCLT's request for additional orders to show cause filed Case No. 2:13-cv-00068.

Objections.

Relevance. Fed. R. Evid. 401, 402, 403. Irrelevant to this motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

13. Barrett Declaration Ex. M.

Copy of order directing Alleged Debtor's incarceration filed Case No. 2:13-cv-

00068.

Objections.

Relevance. Fed. R. Evid. 401, 402, 403, 404. Irrelevant to this motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

14. Barrett Declaration Ex. N.

Copy of the Alleged Debtor's declaration in opposition to the order to show cause filed Case No. 2:13-cv-00068.

Objections.

Relevance. Fed. R. Evid. 401, 402, 403, 404. Irrelevant to this motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

15. Barrett Declaration Ex. O.

Copy of finding of fact and conclusions of law, and order filed Case No. 2:13-cv-00068.

Objections.

Relevance. Fed. R. Evid. 401, 402, 403, 404. Irrelevant to this motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

16. Barrett Declaration Ex. P.

Copy of special verdict in Case No. 2:14-cv-01576-RAJ.

Objections.

Relevance. Fed. R. Evid. 401, 402, 403, 404. Irrelevant to this motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements

improperly being offered for the truth of what they assert.

17. <u>Barrett Declaration Ex. Q.</u>

Copy of the order denying YCLT's motion to withdraw certain orders to show cause filed Case No. 2:13-cv-00068.

<u>Objections.</u>

Relevance. Fed. R. Evid. 401, 402, 403, 404. Irrelevant to this motion. Hearsay. Fed. R. Evid. 801, 802. The contents of the alleged document are out of court statements improperly being offered for the truth of what they assert.

Dated: May 17, 2017                Respectfully Submitted,

*/s/ Jenny L Doling*
Jenny L Doling/Summer Shaw
Attorney for Alleged Debtor, Timothy L Blixseth